# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEREMY DEAN NEWPORT**                                                                 **PLAINTIFF**

**VS.**                                           **4:22-CV-00542-BRW**

**JUDGE DON BOREN,** *ET AL.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 9th day of June, 2022.

                                              <u>Billy Roy Wilson</u>
                                              UNITED STATES DISTRICT JUDGE